**FILED**
MAR 20 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

**'08 MJ 8252**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| vs. | 21 U.S.C. § 952 and 960 |
| Ivan GUILLEN-Bejarano, | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about March 19, 2008, within the Southern District of California, defendant Ivan GUILLEN-Bejarano did knowingly and intentionally import approximately 36.18 kilograms (79.596 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 20TH, DAY OF March 2008.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Ivan GUILLEN-Bejarano

## STATEMENT OF FACTS

This statement of facts is based on the reports, documents, and notes furnished to US Immigration and Customs Enforcement Special Agent Reuben McDowell.

On March 19, 2008, at approximately 0806 hours, Ivan GUILLEN-Bejarano entered the United States at the Calexico, California, West Port of Entry. Customs and Border Officer (CBPO) A. Lopez was manning primary. CBPO Lopez received a negative oral Customs declaration from GUILLEN. CBPO Lopez asked GUILLEN who the vehicle belonged to. GUILLEN stated "it's mine." CBPO Lopez asked GUILLEN how long he had owned the vehicle and GUILLEN stated "two years." CBPO Lopez opted to take a closer look at the vehicle and observed what appeared to be a felt like material in the quarter panel. CBPO Lopez referred the vehicle to the secondary inspection area.

CBPO L. Parker received the vehicle in the secondary inspection area. CBPO Parker received a negative Customs declaration from GUILLEN. GUILLEN stated that the vehicle was his. During the secondary inspection, CBPO Parker pried open the passenger side quarter panel and observed a felt like material covering an opening in the quarter panel. CBPO Parker reached inside and felt packages.

A subsequent inspection by CBPO Parker revealed 19 packages located in the quarter panel and dash of the vehicle. One of the packages was probed and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The 19 packages had a combined net weight of approximately 36.18 kilograms (79.596 pounds).